UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | )Case No.:07-60404-CIV-DIMITROULEAS | |
| | )Magistrate Judge Seltzer | |
| v. | ) | |
| | ) | |
| Cheryl B. Martin a/k/a | ) | |
| Sheryll Martin, | ) | |
| | ) | **DEFAULT FINAL JUDGMENT** |
| Defendant. | ) | |
| | ) | |

THIS CAUSE comes before the Court upon plaintiff, United States of America's Motion for

Entry of Default Final Judgment [DE 9] against defendant, Cheryl B. Martin a/k/a Sheryll Martin.

The Court has carefully considered the Motion, the pleadings submitted on behalf of the Plaintiff,

noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons

and Complaint served by the Plaintiff, the Defendant's failure to respond to the Court's June 7, 2007

Order to Show Cause why the Court Should Not Grant Plaintiff's Motion for Entry of Default

Judgment, and is otherwise fully advised in the premises.  Accordingly, for good cause shown, it is

hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Motion for Entry of Default Final Judgment [DE 9] is hereby **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiff, the United States of America, and against

defendant, Cheryl B. Martin a/k/a Sheryll Martin, upon the Complaint herein;

3 Plaintiff recover of the defendant, Cheryl B. Martin a/k/a Sheryll Martin, the sum of

$3,463.91, consisting of $1,408.77 in unpaid principal, plus the amount of  $1,735.14 in interest

accrued through May 24, 2007, in accordance with the supporting documentation attached as

"Exhibit "A" to Plaintiff's Motion for Entry of Default Final Judgment, plus interest at the rate of 8% per annum on the unpaid principal to the date of this judgment, attorney's fees of $ 300.00, together with the sum of $20.00 in taxed costs, and it is further

4. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §§2001, et seq., 28 U.S.C. §§3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David E. Newman, Esq.

Cheryl B. Martin a/k/a Sheryll Martin
1851 N.W. 33rd Terrace
Fort Lauderdale, FL 33311